UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>           Plaintiff,<br><br>           vs.<br><br>ELON MUSK<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Cheryl L. Crumpton hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.  I am an active member in good standing of the bar of the District of Columbia and an inactive member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 28, 2018                             Respectfully submitted,

                                                                                  */s/ Cheryl L. Crumpton*
                                                                                  Cheryl L. Crumpton
                                                                                  U.S. Securities and Exchange Commission
                                                                                  100 F Street, N.E.
                                                                                  Washington, D.C.  20549
                                                                                  Tel:  (202) 551-4459
                                                                                  Email:  crumptonc@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>   Plaintiff,<br><br>   vs.<br><br>ELON MUSK<br><br>   Defendant. | No. 1:18-cv-8865-AJN-GWG |

## AFFIDAVIT OF CHERYL L. CRUMPTON

I, Cheryl L. Crumpton, declare as follows:

1. I am an active member in good standing of the bar of the District of Columbia and an inactive member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 28, 2018           /s/ Cheryl L. Crumpton_____
                                   Cheryl L. Crumpton



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Cheryl L Crumpton*

was duly qualified and admitted on **October 17, 2003** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on August 9, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Cheryl Crumpton**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

**Cheryl Crumpton**

is presently enrolled with the State Bar of Texas as an inactive member in good standing, and is not authorized to practice law in the State of Texas.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of August, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1461C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>       Plaintiff,<br><br>    vs.<br><br>ELON MUSK<br><br>       Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of Cheryl L. Crumpton, for admission to appear *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and State of Texas and that her contact information is as follows:

> Cheryl L. Crumpton
> U.S. Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C. 20549
> Tel:  (202) 551-4459
> Email:  crumptonc@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____  
Date

_____  
United States District/Magistrate Judge