# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

## Cheryl Crumpton

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

## Cheryl Crumpton

is presently enrolled with the State Bar of Texas as an inactive member in good standing, and is not authorized to practice law in the State of Texas.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of August, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1461C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.