UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

**MOTION TO APPEAR *PRO HAC VICE***

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, E. Barrett Atwood, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action. I am an active member in good standing of the bars of the State of California and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit, certificates of good standing, and proposed order pursuant to Local Rule 1.3.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  September 28, 2018　　　　　　　　/s *E. Barrett Atwood*
　　　　　　　　　　　　　　　　　　　　E. Barrett Atwood
　　　　　　　　　　　　　　　　　　　　U.S. Securities & Exchange Commission
　　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Phone:  (415) 705-2467
　　　　　　　　　　　　　　　　　　　　Fax:  (415) 705-2501
　　　　　　　　　　　　　　　　　　　　Email: atwoode@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>    vs.<br><br>ELON MUSK,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

# AFFIDAVIT OF E. BARRETT ATWOOD

I, E. Barrett Atwood, declare as follows:

1. I am a member in good standing of the bars of the State of California and District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 28, 2018                                      /s/ *E. Barrett Atwood*
                                                                                E. Barrett Atwood



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### EDWARD BARRETT ATWOOD

I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that **EDWARD BARRETT ATWOOD #291181**, was on the **25th** day of **September**, **2013**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **27th** day of **November, 2017**.*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By: _____
    C. Rivera, Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## EDWARD B. ATWOOD, IV

was on **August 5, 2002** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **December 4, 2017.**

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**     Plaintiff,   vs.   **ELON MUSK,**     Defendant. | :<br>:<br>:<br>:<br>:<br>:   No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of E. Barrett Atwood, for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia and that his contact information is as follows:

> E. Barrett Atwood
> U.S. Securities & Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, CA 94104
> Phone: (415) 705-2467
> Fax:  (415) 705-2501
> Email: atwoode@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____                                             _____
Date                                                                                 United States District/Magistrate Judge