UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of E. Barrett Atwood, for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia and that his contact information is as follows:

> E. Barrett Atwood
> U.S. Securities & Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, CA 94104
> Phone: (415) 705-2467
> Fax:  (415) 705-2501
> Email: atwoode@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____                                                      _____
Date                                                                                      United States District/Magistrate Judge