UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>ELON MUSK,<br><br>       Defendant. | No. 1:18-cv-8865-AJN-GWG |

  Dane H. Butswinkas of the law firm Williams & Connolly LLP hereby enters his appearance in the above-captioned action as counsel for Defendant Elon Musk.

Dated:  October 5, 2018

Respectfully submitted,

/s/ Dane H. Butswinkas
Dane H. Butswinkas (SDNY Bar Code DB2538)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

650 Fifth Avenue
Suite 1500
New York, NY  10019

Tel.:  (202) 434-5000
Fax:  (202) 434-5029
dbutswinkas@wc.com

*Counsel for Elon Musk*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ Dane H. Butswinkas
Dane H. Butswinkas