UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELON MUSK,<br><br>                    Defendant. | No. 1:18-cv-8865-AJN-GWG |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven M. Farina, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Elon Musk in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: October 5, 2018                  Respectfully submitted,

/s/ Steven M. Farina
_____
Steven M. Farina (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, D.C. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel.: (202) 434-5000
Fax: (202) 434-5029
sfarina@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing Motion to Appear *Pro Hac Vice* and its associated attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

_____
Steven M. Farina