UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>                      Defendant. | No. 1:18-cv-8865-AJN-GWG |

### AFFIDAVIT OF STEVEN M. FARINA
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Steven M. Farina, being first duly cautioned, swear or affirm as follows:

1. I am an attorney at Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, DC 20005.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am an active member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: October 5, 2018

_____
Steven M. Farina