UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>   v.<br><br>ELON MUSK,<br><br>                       Defendant. | No. 1:18-cv-8865-AJN-GWG |

The motion of Steven M. Farina for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Steven M. Farina |
| Firm Name: | Williams & Connolly LLP |
| Address: | 725 Twelfth Street, N.W. |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 434-5000 / (202) 434-5029 |
| Email: | sfarina@wc.com |

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Elon Musk in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                   United States District/Magistrate Judge