## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>              **Plaintiff,**<br><br>    **v.**<br><br>**ELON MUSK,**<br><br>              **Defendant.** | **No. 1:18-cv-8865-AJN-GWG** |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda M. MacDonald, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Elon Musk in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit required by Local Rule 1.3.

Dated:  October 5 2018

Respectfully submitted,

Amanda M. MacDonald (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, D.C. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel.:  (202) 434-5000
Fax:  (202) 434-5029
amacdonald@wc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2018, I electronically filed the foregoing Motion to Appear *Pro Hac Vice* and its associated attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Amanda M. MacDonald*
Amanda M. MacDonald

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **No. 1:18-cv-8865-AJN-GWG** |
| **v.** | |
| **ELON MUSK,** | |
| **Defendant.** | |

## AFFIDAVIT OF AMANDA M. MACDONALD
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Amanda M. MacDonald, being first duly cautioned, swear or affirm as follows:

1.      I am an attorney at Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, DC 20005.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      I am an active member in good standing of the bars of the District of Columbia and of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      There are no disciplinary proceedings presently pending against me.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: October 5, 2018

_____
Amanda M. MacDonald



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Amanda M McMac Donald*

was duly qualified and admitted on **June 12, 2006** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of Washington,**
**D.C., on October 5, 2018.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that


Amanda Margaret MacDonald


has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/08/2005 and is in good standing, so far as the records of this office disclose.


IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 3rd day of October, 2018.

Clerk,
Supreme Court of the State of Illinois

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                    **Plaintiff,**<br><br>        **v.**<br><br>**ELON MUSK,**<br><br>                                    **Defendant.** | **No. 1:18-cv-8865-AJN-GWG** |

The motion of Amanda M. MacDonald for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of Illinois and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Amanda M. MacDonald |
| Firm Name: | Williams & Connolly LLP |
| Address: | 725 Twelfth Street, N.W. |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 434-5000 / (202) 434-5029 |
| Email: | amacdonald@wc.com |

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Elon Musk in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge