UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>                Defendant. | No. 1:18-cv-8865-AJN-GWG |

### AFFIDAVIT OF AMANDA M. MACDONALD
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Amanda M. MacDonald, being first duly cautioned, swear or affirm as follows:

1. I am an attorney at Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, DC 20005.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am an active member in good standing of the bars of the District of Columbia and of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: October 5, 2018

_____
Amanda M. MacDonald