UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>ELON MUSK,<br><br>       Defendant. | No. 1:18-cv-8865-AJN-GWG |

The motion of Amanda M. MacDonald for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of Illinois and that her contact information is as follows:

  Applicant's Name:  Amanda M. MacDonald

  Firm Name:  Williams & Connolly LLP

  Address:  725 Twelfth Street, N.W.

  City/State/Zip:  Washington, DC 20005

  Telephone/Fax:  (202) 434-5000 / (202) 434-5029

  Email:  amacdonald@wc.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Elon Musk in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                        _____
                                                                    United States District/Magistrate Judge