UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        **Plaintiff,**<br><br>        vs.<br><br>ELON MUSK,<br><br>        **Defendant.** | Civil Action No. 1:18-cv-8865-AJN-GWG |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        **Plaintiff,**<br><br>        vs.<br><br>TESLA, INC.,<br><br>        **Defendant.** | Civil Action No. 1:18-cv-8947 |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF CONSENT MOTION TO CONSOLIDATE FOR DISTRIBUTION PURPOSES**

PLEASE TAKE NOTICE that upon the accompanying Consent Motion, Memorandum, and Proposed Order, and all other papers and proceedings herein, Plaintiff, the Securities and Exchange Commission, will move this Court for an Order consolidating the above actions for distribution purposes pursuant to Federal Rule of Civil Procedure 42.

Dated: February 5, 2019

Respectfully Submitted,

/s/ *E. Barrett Atwood*
E. Barrett Atwood
Cheryl L. Crumpton

U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2467 (Atwood)

100 F Street, N.E.  
Washington, D.C. 20549  
(202) 551-4459 (Crumpton)

## CERTIFICATE OF SERVICE

I, E. Barrett Atwood, Counsel for The United States Securities and Exchange Commission, certify that on February 5, 2019, a true and correct copy of Plaintiff's Notice of Consent Motion was served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ <i>E. Barrett Atwood</i>  
E. Barrett Atwood