

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

**DIVISION OF ENFORCEMENT**

February 20, 2019

<u>**Via Email (SFarina@wc.com)**</u>

Elon Musk
c/o Steven Farina, Esq.
Williams & Connolly LLP

     Re:    *SEC v. Musk,* 1:18-cv-8865-AJN

Dear Mr. Farina:

     In connection with the Final Judgment as to Defendant Elon Musk (the "Musk Judgment") entered in the above-captioned matter, the staff requests that your client, Elon Musk, voluntarily provide the information and documents set forth below by 5:00 pm ET on February 21, 2019:

- Please confirm whether you complied with Tesla's pre-approval procedures as required by Section IV(b) of the Musk Judgment before you published the written communication on Twitter at 7:15 pm ET on February 19, 2019, that stated, "Tesla made 0 cars in 2011, but will make around 500k in 2019" ("the 7:15 tweet").  If so, please describe the process by which you complied with Tesla's pre-approval procedures.

- Please provide all documents concerning or related to the 7:15 tweet, including, but not limited to, any review and/or pre-approval of the 7:15 tweet by Tesla's General Counsel and/or Securities Counsel.

- Please confirm whether you complied with Tesla's pre-approval procedures as required by Section IV(b) of the Musk Judgment before you published the written communication on Twitter at 11:41 pm ET on February 19, 2019, that stated, "Meant to say annualized production rate at end of 2019 probably around 500k, ie 10k cars/week.  Deliveries for year still estimated to be about 400k" ("the 11:41 tweet").  If so, please describe the process by which you complied with Tesla's pre-approval procedures.

- Please provide all documents concerning or related to the 11:41 tweet, including, but not limited to, any review and/or pre-approval of the 11:41 tweet by Tesla's General Counsel and/or Securities Counsel.

Please send responsive information and documents to:

> U.S. Securities and Exchange Commission
> Attn: Cheryl L. Crumpton
> Supervisory Trial Counsel
> Division of Enforcement
> U.S. Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, DC 20549-5985
> CrumptonC@sec.gov

If you have any questions or would like to discuss this matter, you may call me at 202-551-4459.

> Sincerely,
>
> *s/ Cheryl L. Crumpton*