UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

    Plaintiff,

v.

ELON MUSK

    Defendant.

No. 1:18-cv-8865-AJN-GWG

AJN

### [PROPOSED] ORDER REQUIRING DEFENDANT ELON TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S FINAL JUDGMENT

This matter is before the Court on the motion of the United States Securities and Exchange Commission for an Order to show cause why Defendant Elon Musk should not be held in civil contempt for violating the terms of the Court's October 16, 2018 Final Judgment as to Defendant Elon Musk (the "Final Judgment").

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Elon Musk shall submit to this Court by _March 11_, 2019, briefing to show cause, if any, why he should not be found in contempt of the Court's Final Judgment.

SO ORDERED:

Dated: _Feb 26_, 2019

_____
Hon. Alison J. Nathan
United States District Judge