UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>                     Defendant. | No. 1:18-cv-8865-AJN-GWG |

**STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby stipulate and consent to the substitution of the law firm Hueston Hennigan LLP, by and through its attorneys John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba as attorneys of record for Defendant Elon Musk in the above-captioned action in place and instead of the law firm of Williams & Connolly LLP, and its attorneys Dane H. Butswinkas, Steven M. Farina, and Amanda M. MacDonald. The undersigned request this Court to so-order the substitution. Please take notice that all filings in this matter should be served upon the following incoming counsel:

    John C. Hueston (*pro hac vice* forthcoming)
    jhueston@hueston.com
    Marshall A. Camp
    mcamp@hueston.com
    Alison L. Plessman (*pro hac vice* forthcoming)
    aplessman@hueston.com
    Moez M. Kaba
    mkaba@hueston.com
    Hueston Hennigan LLP
    523 W. 6th Street
    Suite 400
    Los Angeles, CA 90014
    (213) 788-4340

Dated: February 28, 2019

Respectfully submitted,

_____
Steven M. Farina (*pro hac vice* pending)
Dane H. Butswinkas
Amanda M. MacDonald (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel.: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
amacdonald@wc.com


_____
Marshall A. Camp
John C. Hueston (*pro hac vice* forthcoming)
Alison L. Plessman (*pro hac vice* forthcoming)
Moez M. Kaba
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014

Tel.: (213) 788-4340
Fax: (888) 775-0898
jhueston@hueston.com
mcamp@hueston.com
aplessman@hueston.com
mkaba@hueston.com

**SO ORDERED:**

Date: _____

_____
United States District/Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, I electronically filed the foregoing Stipulation and Notice of Substitution of Counsel and its associated attachment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

_____
Steven M. Farina