UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>       Defendant. | No. 1:18-cv-8865-AJN-GWG |

### DECLARATION OF STEVEN M. FARINA IN SUPPORT OF STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL

I, Steven M. Farina, being first duly cautioned, swear or affirm as follows:

1. I am an active member in good standing of the bar of the District of Columbia and an attorney at Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, DC 20005, which is currently counsel of record for Defendant Elon Musk in the above-captioned action.

2. I moved this Court for admission *pro hac vice* on October 5, 2018, Dkt. No. 11. That motion remains pending.

3. I submit this declaration in support of the stipulation and notice to substitute the law firm of Hueston Hennigan LLP and its attorneys, John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba as the attorneys of record for Defendant in this action in place and instead of his current counsel.

4. I have conferred with the incoming attorneys and have been authorized to represent to this Court that substitution should cause no delay in the proceedings of this case.

5. Mr. Musk has consented to the substitution of attorneys.

6. Williams & Connolly LLP and Hueston Hennigan LLP have both executed the Stipulation and Notice accompanying this affidavit.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: February 28, 2019

_____
Steven M. Farina