UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | No. 1:18-cv-8865-AJN-GWG |

MAR 0 1 2019

## STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby stipulate and consent to the substitution of the law firm Hueston Hennigan LLP, by and through its attorneys John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba as attorneys of record for Defendant Elon Musk in the above-captioned action in place and instead of the law firm of Williams & Connolly LLP, and its attorneys Dane H. Butswinkas, Steven M. Farina, and Amanda M. MacDonald. The undersigned request this Court to so-order the substitution. Please take notice that all filings in this matter should be served upon the following incoming counsel:

John C. Hueston (*pro hac vice* forthcoming)
jhueston@hueston.com
Marshall A. Camp
mcamp@hueston.com
Alison L. Plessman (*pro hac vice* forthcoming)
aplessman@hueston.com
Moez M. Kaba
mkaba@hueston.com
Hueston Hennigan LLP
523 W. 6th Street
Suite 400
Los Angeles, CA 90014
(213) 788-4340

Dated: February 28, 2019

Respectfully submitted,

*[signature]*

Steven M. Farina (*pro hac vice* pending)
Dane H. Butswinkas
Amanda M. MacDonald (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel.: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
amacdonald@wc.com

*[signature]*

Marshall A. Camp
John C. Hueston (*pro hac vice* forthcoming)
Alison L. Plessman (*pro hac vice* forthcoming)
Moez M. Kaba
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014

Tel.: (213) 788-4340
Fax: (888) 775-0898
jhueston@hueston.com
mcamp@hueston.com
aplessman@hueston.com
mkaba@hueston.com

**SO ORDERED:**

Date: 3/1/19

*[signature]*

United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing Stipulation and Notice of Substitution of Counsel and its associated attachment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

_____
Steven M. Farina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>               Defendant. | No. 1:18-cv-8865-AJN-GWG |

### DECLARATION OF STEVEN M. FARINA IN SUPPORT OF STIPULATION AND NOTICE OF SUBSTITUTION OF COUNSEL

I, Steven M. Farina, being first duly cautioned, swear or affirm as follows:

1. I am an active member in good standing of the bar of the District of Columbia and an attorney at Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, DC 20005, which is currently counsel of record for Defendant Elon Musk in the above-captioned action.

2. I moved this Court for admission *pro hac vice* on October 5, 2018, Dkt. No. 11. That motion remains pending.

3. I submit this declaration in support of the stipulation and notice to substitute the law firm of Hueston Hennigan LLP and its attorneys, John C. Hueston, Marshall A. Camp, Alison L. Plessman, and Moez M. Kaba as the attorneys of record for Defendant in this action in place and instead of his current counsel.

4. I have conferred with the incoming attorneys and have been authorized to represent to this Court that substitution should cause no delay in the proceedings of this case.

5. Mr. Musk has consented to the substitution of attorneys.

6.  Williams & Connolly LLP and Hueston Hennigan LLP have both executed the Stipulation and Notice accompanying this affidavit.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: February 28, 2019

_____
Steven M. Farina