AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-08865-AJN |
| Elon Musk | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elon Musk

Date:   03/05/2019

*Attorney's signature*

Moez M. Kaba, 257456
*Printed name and bar number*
Hueston Hennigan, LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014

*Address*

mkaba@hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*