UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>　　　　　　　　　Defendant. | No. 1:18-cv-8865-AJN-GWG |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ALISON PLESSMAN hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Elon Musk in the above-captioned action.

I am in good standing of the bar of the state of California and the bar of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 6, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Alison Plessman
　　　　　　　　　　　　　　　　　　Alison Plessman
　　　　　　　　　　　　　　　　　　Hueston Hennigan LLP
　　　　　　　　　　　　　　　　　　523 W. 6th Street, Suite 400
　　　　　　　　　　　　　　　　　　Los Angeles, California  90014
　　　　　　　　　　　　　　　　　　Tel:  213-788-4340
　　　　　　　　　　　　　　　　　　aplessman@hueston.com

## AFFIDAVIT OF ALISON PLESSMAN

I, Alison Plessman, respectfully declare as follows:

1. I am an attorney at the law firm of Hueston Hennigan LLP, counsel of record for Defendant Elon Musk in the case cited above. My office address is Hueston Hennigan LLP, 523 W. 6th Street, Suite 400, Los Angeles, California 90014. My telephone number is (213) 788-4340, and my email is aplessman@hueston.com.

2. I am licensed to practice law in the State of California and my bar number is 250631. I am also licensed to practice law in the State of New York. I have personal knowledge of the facts set forth in this Affidavit, and if called as a witness, could and would testify competently to such facts under oath.

3. Petitioner has been retained to represent Defendant Elon Musk to provide legal representation in connection with the above-entitled case now pending before this Court.

4. As noted above, Petitioner is licensed to practice in the State of California, and the date of her admission to the State of California bar is September 2007. Petitioner is licensed to practice in the State of New York, and the date of admission to the State of New York is September 13, 2004. Petitioner is also admitted to practice in the U.S. District Court for the California-Central District.

5. Petitioner has been and presently is a member in good standing of the bar and in all other jurisdictions in which Petitioner is licensed to practice law. Attached as Exhibit A are Certificates of Standing from The State Bar of California and The State Bar of New York certifying Petitioner's membership is in good standing.

6.     There have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7.     Petitioner will comply with the provisions of the Judicial Code (Title 28, U.S.C.) of the United States District Courts, the New York State Rules of Professional Conduct and the Local Rules of the United States District Courts for the Southern and Easter Districts of New York, and will consent to the jurisdiction of the Navajo Nation Courts and the NNBA Disciplinary Committee with respect to acts and omissions occurring during the pro hac vice attorney's admission under this section.

8.     Petitioner respectfully prays that Petitioner be admitted to practice before this Court for the purposes of this case only.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 6th day of March, 2019, at Los Angeles, California.

/s/ Alison Plessman
Alison Plessman

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ALISON LYNN PLESSMAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Alison Lynn Plessman, #250631, was on the 10th day of September 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of March 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ALISON LYNN PLESSMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **September 13, 2004,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 4, 2019**

3142

_____
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>ELON MUSK,<br><br>       Defendant. | No. 1:18-cv-8865-AJN-GWG |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of ALISON PLESSMAN, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Application has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

 Alison Plessman
 Hueston Hennigan LLP
 523 W. 6th Street Suite 400
 Los Angeles, CA  90014
 aplessman@hueston.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Defendant Elon Musk in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-entitled case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                          United States District / Magistrate Judge