UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>   v.<br><br>ELON MUSK,<br><br>                            Defendant. | No. 1:18-cv-8865-AJN-GWG |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of ALISON PLESSMAN, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Application has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Alison Plessman
    Hueston Hennigan LLP
    523 W. 6th Street Suite 400
    Los Angeles, CA  90014
    aplessman@hueston.com

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Defendant Elon Musk in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-entitled case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____

United States District / Magistrate Judge