UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>ELON MUSK,<br><br>       Defendant. | No. 1:18-cv-8865-AJN-GWG<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JOHN CHARLES HUESTON hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Elon Musk in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 6, 2019

Respectfully submitted,

_____
John C. Hueston
Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, California 92660
Tel/Fax: 949-229-8640 / 888-775-0898
jhueston@hueston.com

## **AFFIDAVIT OF JOHN C. HUESTON**

I, John C. Hueston, respectfully declare as follows:

1. I am an attorney at the law firm of Hueston Hennigan LLP, counsel of record for Defendant Elon Musk in the case cited above. My office address is Hueston Hennigan LLP, 620 Newport Center Drive, Suite 1300, Newport Beach, California 92660. My telephone number is (949) 229-8640, and my email is jhueston@hueston.com.

2. I am licensed to practice law in the State of California and my bar registration number is 164921. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Affidavit, and if called as a witness, could and would testify competently to such facts under oath.

3. Petitioner has been retained to represent Defendant Elon Musk to provide legal representation in connection with the above-entitled case now pending before this Court.

4. As noted above, Petitioner is licensed to practice in the State of California, and the date of his admission to the State of California bar is June 15, 1993. Petitioner is also admitted to practice in the U.S. District Court for the California-Central District, the U.S. District Court for the California-Northern District, the U.S. District Court for the California-Southern District, the Second Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, U.S. Bankruptcy Court for the Central District of California, and the U.S. Supreme Court.

5. Petitioner has been and presently is a member in good standing of the bar and in all other jurisdictions in which Petitioner is licensed to practice law. Attached as

Exhibit A is a Certificate of Standing from The State Bar of California certifying Petitioner's membership is in good standing.

6. There have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. Petitioner will comply with the provisions of the Judicial Code (Title 28, U.S.C.) of the United States District Courts, the New York State Rules of Professional Conduct and the Local Rules of the United States District Courts for the Southern and Easter Districts of New York, and will consent to the jurisdiction of the Navajo Nation Courts and the NNBA Disciplinary Committee with respect to acts and omissions occurring during the pro hac vice attorney's admission under this section.

8. Petitioner respectfully prays that Petitioner be admitted to practice before this Court for the purposes of this case only.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 6th day of March, 2019, at Newport Beach, California.

John C. Hueston

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOHN CHARLES HUESTON

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that John CharlesHueston, #164921, was on the 15th day of June 1993 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of March 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    **Plaintiff,**<br><br>   v.<br><br>**ELON MUSK,**<br><br>                                   **Defendant.** | No. 1:18-cv-8865-AJN-GWG<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of JOHN CHARLES HUESTON, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    John C. Hueston
    Hueston Hennigan LLP
    620 Newport Center Drive, Suite 1300
    Newport Beach, CA  92660
    jhueston@hueston.com | Tel: (949) 226-6740

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Elon Musk in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                                     United States District / Magistrate Judge