UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>ELON MUSK,<br><br>                    Defendant. | No. 1:18-cv-8865-AJN-GWG<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of JOHN CHARLES HUESTON, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> John C. Hueston
> Hueston Hennigan LLP
> 620 Newport Center Drive, Suite 1300
> Newport Beach, CA  92660
> jhueston@hueston.com | Tel: (949) 226-6740

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Elon Musk in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                             United States District / Magistrate Judge