# EXHIBIT 6

| | |
|---|---|
| **From:** | Farina, Steve |
| **To:** | MacDonald, Amanda; Schiffmann, Eden |
| **Subject:** | FW: Confidential: SEC v. Tesla, 1:18-cv-8947-AJN; SEC v. Musk, 1:18-cv-8865-AJN |
| **Date:** | Sunday, February 24, 2019 2:34:44 PM |

**Steven M. Farina**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5526 | (M) 202-746-9299
sfarina@wc.com | www.wc.com/sfarina

**From:** Bondi, Bradley J. [mailto:bbondi@cahill.com]
**Sent:** Sunday, February 24, 2019 5:27 PM
**To:** Crumpton, Cheryl <CrumptonC@sec.gov>
**Cc:** Buchholz, Steven <BuchholzS@sec.gov>; Farina, Steve <SFarina@wc.com>; Schneider, Erin <SchneiderE@sec.gov>; Newell, Walker S <newellw@sec.gov>; Atwood, Barrett <atwoode@sec.gov>
**Subject:** Re: Confidential: SEC v. Tesla, 1:18-cv-8947-AJN; SEC v. Musk, 1:18-cv-8865-AJN

Cheryl,

I am about to board a 6:00 pm flight back to DC following an all-day, out-of-town meeting at the US Attorney's Office relating to an ongoing trial in a different matter.

We will endeavor to provide answers as promptly as possible, but your deadline today is not realistic given above and also that it is Sunday and people aren't in the office.

We are looking into your questions and hope to be able to respond in full tomorrow.

Best regards,
Brad

---

**Bradley J. Bondi | Partner**
**Cahill Gordon & Reindel LLP**
1990 K Street, N.W., Suite 950, Washington, D.C. 20006
80 Pine Street, New York, NY 10005
**t**: +1.202.862.8910 | **t**: +1.212.701.3710| **f**: +1.866.836.0501 | bbondi@cahill.com
www.cahill.com

On Feb 24, 2019, at 1:28 PM, Crumpton, Cheryl <CrumptonC@sec.gov> wrote:

Dear Brad and Steve:

Thank you for your letter of February 22, 2019.  Based on the information you provided in your letter, including the examples of statements made by Mr. Musk that were pre-approved, it does not appear that any of the tweets regarding Tesla that Mr. Musk has published since December 11, 2018, have been pre-approved before publication.  Accordingly, we write to ask for additional information.  We request that Mr. Musk and Tesla provide the following additional information to the staff before 5pm Pacific Time today:

1. After December 11, 2018, has Mr. Musk, in accordance with the pre-approval provisions of the mandatory polices implemented by Tesla pursuant to the final judgment entered in *SEC v. Tesla*, submitted any tweets for pre-approval before publishing them?
2. If so, please identify the tweets Mr. Musk submitted for pre-approval.
3. After December 11, 2018, has Tesla, in accordance with the pre-approval provisions of the mandatory polices implemented by Tesla pursuant to the final judgment entered in *SEC v. Tesla*, approved any of Mr. Musk's tweets before he published them?
4. If so, please identify which tweets Tesla approved before Mr. Musk published them and explain how they were pre-approved.

Best regards,
Cheryl

Cheryl L. Crumpton
Supervisory Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5985
202-551-4459
CrumptonC@sec.gov

---

**From:** Bondi, Bradley J. [mailto:bbondi@cahill.com]
**Sent:** Friday, February 22, 2019 2:30 PM
**To:** Buchholz, Steven; Crumpton, Cheryl
**Cc:** Bondi, Bradley J.; Steven M. Farina
**Subject:** Confidential: SEC v. Tesla, 1:18-cv-8947-AJN; SEC v. Musk, 1:18-cv-8865-AJN

*Confidential Treatment Requested Under FOIA*

Steve and Cheryl,

Please see the attached correspondence in response to your voluntary requests, dated February 20, 2019.  A copy of the letters will be sent to you by FedEx.

Respectfully,
Brad Bondi

cc: Steven Farina (Counsel to Mr. Musk)

---

**Bradley J. Bondi | Partner**
**Cahill Gordon & Reindel LLP**
1990 K Street, N.W., Suite 950, Washington, D.C. 20006
80 Pine Street, New York, NY 10005
**t**: +1.202.862.8910 | **t**: +1.212.701.3710| **f**: +1.866.836.0501 | bbondi@cahill.com
www.cahill.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.