

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

Cheryl L. Crumpton
Supervisory Trial Attorney
Direct Dial: 202-551-4459

March 12, 2019

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Musk*, No. 18-cv-08865-AJN

Dear Judge Nathan:

      I write on behalf of the United States Securities and Exchange Commission to respectfully request the Court's permission to file a reply memorandum of no more than 15 pages by no later than March 19, 2019, in order to respond to new factual assertions and legal arguments raised in Defendant Elon Musk's Response to the Court's Order to Show Cause.

                                  Respectfully submitted,

                                    Cheryl Crumpton

cc:    All counsel of record

Enc.