UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States Securities and Exchange
Commission,

            Plaintiff,

–v–

Elon Musk,

            Defendant.

18-cv-8865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government's motion for leave to file a reply memorandum is granted. The Government shall file its reply memorandum no later than March 19, 2019. No later than March 26, 2019, each party shall indicate in writing whether it is seeking an evidentiary hearing on this matter.

    SO ORDERED.

Dated: March ____, 2019
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge