**Elon Musk** ✓
@elonmusk

In other words, you may be able to get a Tesla before the $7500 US tax credit drops in 2 weeks, even if you haven't placed an order yet

11:46 AM - 15 Dec 2018

**569** Retweets  **10,033** Likes



💬 431   🔁 569   ♡ 10K



**Elon Musk** ✓ **Follow**
@elonmusk

And, because electricity costs much less than gasoline, a Model 3 can cost about $1000 less per year to operate. Because it's electric, there are no oil changes, smog checks, tuneups, fuel filter, or brake pad replacements.

11:09 AM - 26 Dec 2018

2,099 Retweets  20,510 Likes

💬 696   🔁 2.1K   ♡ 21K

**Elon Musk** ✓
@elonmusk

Follow

Replying to @JT_Richards @MMelinot @chuckyyyd

This is incorrect. Vast majority of vehicle motion is returned to the battery, as the electric motors act like a generator in reverse. Brake pads on a Tesla literally never need to be replaced for lifetime of the car.

11:31 AM - 26 Dec 2018

631 Retweets  7,479 Likes  

 334   631   7.5K

**Elon Musk** ✓  Follow
@elonmusk

Yes. Supercharger coverage will extend to 100% of Europe next year. From Ireland to Kiev, from Norway to Turkey.

> **Paul Kelly** @shortword
> Replying to @elonmusk
>
> Missing some locations out of Dublin, Ireland south towards Waterford. Badly needs some as no Ccs on that route (that works!). Any plans for more here? Should be in a model x in 2 weeks or so!

12:16 PM - 26 Dec 2018

2,191 Retweets  18,990 Likes  

💬 1.7K   ↻ 2.2K   ♡ 19K

**Alexandros Raikos** @alexraikos · 26 Dec 2018
Replying to @elonmusk
Greece too?

💬 2  🔁 3  ♡ 134

**Elon Musk** ✓ @elonmusk · 26 Dec 2018
Yes

💬 13  🔁 17  ♡ 639

**Tesla Owners Silicon Valley** @teslaownersSV · 26 Dec 2018
Amazing

💬 2  🔁 3  ♡ 74

**Tesla Owners Silicon Valley** @teslaownersSV · 26 Dec 2018
What about Africa

💬 2  🔁 6  ♡ 136

**Elon Musk** ✓ @elonmusk · 26 Dec 2018
2020

💬 86  🔁 32  ♡ 819

**Alejandro Zuboff** @motorsep · 26 Dec 2018
Replying to @elonmusk

Any plans to build charging stations in Texas in 2019 ? (San Antonio / Austin in particular) The map shows there are several planned, but 2018 is over and none of those were built (and yes, I know there are notes for each that schedule might slip).

💬 5   🔁 1   ♡ 80

**Elon Musk** ✓ @elonmusk · 26 Dec 2018
Definitely. All major highways in Texas will have Superchargers, all the way to Brownsville & across Mexico.

💬 42   🔁 48   ♡ 908

**Elon Musk**
@elonmusk

Follow

Model 3 mid-range EPA rating is actually 264 miles, slightly higher than prior estimate of 260



**Design Your Model 3 | Tesla**
Design and order your Tesla Model 3, the car of the future. Learn about lease, loan and cash payment options, warranties, electric vehicle incentives, gasoline savings ...
3.tesla.com

2:31 PM - 3 Jan 2019

774 Retweets  10,849 Likes

532    774    11K

**Elon Musk** ✓
@elonmusk

Follow

Looking forward to breaking ground on the @Tesla Shanghai Gigafactory today!

6:36 PM - 6 Jan 2019

2,326 Retweets 40,843 Likes 

💬 1.1K   🔁 2.3K   ♡ 41K



**Elon Musk** ✓ @elonmusk · Jan 6
Aiming to finish initial construction this summer, start Model 3 production end of year & reach high volume production next year

💬 277   🔁 431   ♡ 8.9K



**Elon Musk** ✓ @elonmusk · Jan 6
Shanghai Giga production of Model 3/Y will serve greater China region

💬 310   🔁 479   ♡ 13K



**Elon Musk** ✓ @elonmusk · Jan 6
Shanghai Giga will produce affordable versions of 3/Y for greater China. All Model S/X & higher cost versions of Model 3/Y will still be built in US for WW market, incl China.

💬 445   🔁 648   ♡ 12K

**Elon Musk** ✓
@elonmusk

Btw, you can buy a Tesla online in less than 2 mins & give it back for a full refund for any reason



**Electric Cars, Solar Panels & Clean Energy Storage | Tesla**
Tesla is accelerating the world's transition to sustainable energy with electric cars, solar panels and integrated renewable energy solutions for homes and businesses.
tesla.com

2:02 PM - 9 Jan 2019

4,580 Retweets  40,287 Likes   

💬 2.9K   🔁 4.6K   ♡ 40K

Case 1:18-cv-08865-AJN   Document 30-7   Filed 03/18/19   Page 10 of 15

**TheLonlyGuy**
@TheLonlyGuy_

Follow

Replying to @elonmusk

# Is Model S & X being phased out over the next year or two?

3:28 PM - 9 Jan 2019

4 Retweets  111 Likes

💬 10   🔁 4   ♡ 111

**Elon Musk** ✓ @elonmusk · Jan 9
Replying to @TheLonlyGuy_
Def not

💬 44   🔁 28   ♡ 1.2K

**Ryan McCaffrey** ✓ @DMC_Ryan · Jan 9

Any update on the Summon+ (i.e. My Pet Tesla That Follows Me Around the Parking Lot), while we're on the subject?

💬 8    🔁 9    ♡ 559

**Elon Musk** ✓
@elonmusk

Follow

Replying to @DMC_Ryan

Going through final validation & regulatory approval. Probably releases to early access program owners in a few weeks. It's trippy!

10:50 PM - 9 Jan 2019

76 Retweets  1,787 Likes

💬 57    🔁 76    ♡ 1.8K

**Elon Musk** ✓
@elonmusk

(Follow)

Tesla *with* Autopilot engaged is twice as safe & continues to make steady improvements

> **TESLARATI** @Teslarati
> Tesla Q4 2018 Vehicle Safety Report: 1 accident per 2.91M miles with Autopilot engaged, 1 accident for every 1.58M miles without Autopilot
> teslarati.com/tesla-q4-2018-...

10:40 PM - 9 Jan 2019

**3,537** Retweets **38,130** Likes 

💬 1.0K   🔁 3.5K   ♡ 38K

**Darion G** @RaptorJesuss · Jan 18
@elonmusk Hey Elon my mom got into a car accident that totaled her car tonight, she's okay, but I suggested she get a Tesla next because of how long her commute is and how safe they are. She said "I'll get one if Elon tells me to" can you please tell her to, my convincing failed?

💬 8   🔁 17   ♡ 332

**Elon Musk** ✓
@elonmusk

Follow

Replying to @RaptorJesuss

# Tesla is the safest car according to US govt testing

11:09 PM - 18 Jan 2019

168 Retweets  1,812 Likes

💬 121   🔁 168   ♡ 1.8K







**Elevator Renovations** @CabsandSurfaces · Jan 22
How is Advanced Summon coming along?

💬 2   🔁 7   ♡ 459

**Elon Musk** ✓
@elonmusk

[ Follow ]

Replying to @CabsandSurfaces

# Almost ready to roll out. Regulators just approved.

3:56 PM - 22 Jan 2019

**143** Retweets **3,075** Likes  

💬 164   🔁 143   ♡ 3.1K