# HUESTON HENNIGAN LLP

**JOHN C. HUESTON**
DIRECT  949 226 6740
EMAIL   JHUESTON@HUESTON.COM

OFFICE  949 229 8640
FAX     888 775 0898

620 NEWPORT CENTER DRIVE SUITE 1300 NEWPORT BEACH, CA 92660

March 25, 2019

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *SEC v. Elon Musk*, No. 1:18-cv-8865-AJN-GWG

Dear Judge Nathan:

    We represent Elon Musk in the above-captioned action. I submit this letter in response to the Court's Order on March 12, 2019. Defendant Elon Musk is not seeking an evidentiary hearing on this matter.

Respectfully submitted,

*s/ John C. Hueston*

John C. Hueston

Cc:   Counsel of Record

5514764