UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States Securities and Exchange Commission,

        Plaintiff,

    –v–

Elon Musk,

        Defendant.

18-cv-8865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Both parties have indicated that an evidentiary hearing is not required on Plaintiff's Motion for Order to Show Cause. Dkt. Nos. 34–35. Accordingly, the Court will decide Plaintiff's motion without an evidentiary hearing. The Court will, however, hold oral argument, which is hereby scheduled for April 4, 2019 at 2:00 p.m.

    SO ORDERED.

Dated: March 26, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1