UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>    Defendant. | No. 1:18-cv-8865-AJN-GWG |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Steven Buchholz hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action. I am an active member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit, certificate of good standing, and proposed order pursuant to Local Rule 1.3.

                                                                                                  Respectfully submitted,

Dated: April 3, 2019                           /s *Steven Buchholz*
                                                                       Steven Buchholz
                                                                        U.S. Securities & Exchange Commission
                                                                        44 Montgomery Street, Suite 2800
                                                                        San Francisco, CA 94104
                                                                        Phone: (415) 705-2500
                                                                        Fax: (415) 705-2501
                                                                        Email: BuchholzS@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>        Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>: No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF STEVEN BUCHHOLZ

I, Steven Buchholz, declare as follows:

1. I am a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 3, 2019

/s/ *Steven Buchholz*
Steven Buchholz



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### STEVEN DENNIS BUCHHOLZ

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEVEN DENNIS BUCHHOLZ, #202638, was on the 20th day of October, 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of April, 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Rivera Assistant Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of Steven Buchholz for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

> Steven Buchholz
> U.S. Securities & Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, CA 94104
> Phone: (415) 705-2500
> Fax: (415) 705-2501
> Email: BuchholzS@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____                                          _____
Date                                                                                  United States District/Magistrate Judge