UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF STEVEN BUCHHOLZ

I, Steven Buchholz, declare as follows:

    1.    I am a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court.

    2.    I have never been convicted of a felony.

    3.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

    4.    I do not have any disciplinary proceedings presently pending against me.

    I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 3, 2019                                        /s/ *Steven Buchholz*
                                                                                Steven Buchholz