UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission,

            Plaintiff,

—v—

Elon Musk,

            Defendant.

18-cv-8865 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 5 2019

ALISON J. NATHAN, District Judge:

    For the reasons stated on the record at oral argument yesterday, the parties are required to meet and confer for at least one hour in an effort to resolve the pending motion to hold Mr. Musk in contempt, as well as any modifications to the consent judgment and Tesla's Senior Executives Communications Policy.

    No later than April 18, 2019, the parties shall submit a joint letter indicating whether they have reached an agreement. If no agreement has been reached, the Court will issue a decision resolving the current SEC motion to hold Mr. Musk in contempt. If Mr. Musk is held in contempt, the Court will allow further briefing on sanctions.

SO ORDERED.

Dated: April 5, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge