UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>      Plaintiff,<br><br>      vs.<br><br>ELON MUSK<br><br>      Defendant. | No. 1:18-cv-8865-AJN-GWG |

**JOINT SUBMISSION REGARDING STATUS OF EFFORTS
TO RESOLVE THE SEC'S PENDING MOTION**

Pursuant to this Court's April 4, 2019 Order, counsel for Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Elon Musk provide this submission to inform the Court of our efforts to reach an agreement to resolve the SEC's pending motion and modify the consent judgment previously entered by the Court. While we have not reached an agreement, counsel for the SEC, Mr. Musk, and counsel for Tesla met and conferred for over an hour by telephone earlier this week and are continuing to discuss potential resolution. Because our discussions are ongoing, we respectfully request to provide the Court with another joint submission on or before April 25, 2019, indicating whether we have reached an agreement in principle.

Dated: April 18, 2019                                              Respectfully submitted,

_Cheryl Crumpton_                                                     _Elon Musk_
Cheryl Crumpton                                                      Elon Musk
100 F Street, N.E.
Washington, D.C. 20549
202-551-4459
crumptonc@sec.gov

*Counsel for the SEC*