UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

    Plaintiff,

vs.

ELON MUSK

    Defendant.

No. 1:18-cv-8865-AJN-GWG

---

## JOINT SUBMISSION REGARDING STATUS OF EFFORTS TO RESOLVE THE SEC'S PENDING MOTION

Pursuant to this Court's April 4, 2019 Order, counsel for Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Elon Musk provide this submission to inform the Court of our efforts to reach an agreement to resolve the SEC's pending motion and modify the consent judgment previously entered by the Court. While we have not reached an agreement, counsel for the SEC, Mr. Musk, and counsel for Tesla met and conferred for over an hour by telephone earlier this week and are continuing to discuss potential resolution. Because our discussions are ongoing, we respectfully request to provide the Court with another joint submission on or before April 25, 2019, indicating whether we have reached an agreement in principle.  ] So Ordered

Dated: April 18, 2019

Respectfully submitted,

*Cheryl Crumpton*
Cheryl Crumpton
100 F Street, N.E.
Washington, D.C. 20549
202-551-4459
crumptonc@sec.gov

*Counsel for the SEC*

*Elon Musk*
Elon Musk

SO ORDERED: 4/18/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE