UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>        Plaintiff,<br><br>    vs.<br><br>ELON MUSK<br><br>        Defendant. | No. 1:18-cv-8865-AJN-GWG |

### JOINT SUBMISSION REGARDING STATUS OF EFFORTS TO RESOLVE THE SEC'S PENDING MOTION

Pursuant to this Court's April 18, 2019 Order, counsel for Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Elon Musk provide this second submission to inform the Court of our continued efforts to reach an agreement to resolve the SEC's pending motion and modify the consent judgment previously entered by the Court. Since our last submission on April 18, 2019, the parties have continued to actively discuss resolution. These discussions continue to be productive and are still ongoing. Accordingly, we respectfully request to provide the Court with another joint submission on or before April 30, 2019, indicating whether we have reached an agreement in principle.

Dated: April 25, 2019

Respectfully submitted,

_(signed)_
Cheryl Crumpton
100 F Street, N.E.
Washington, D.C. 20549
202-551-4459
crumptonc@sec.gov

_Counsel for the SEC_

_(signed)_
Elon Musk