UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission,

               Plaintiff,

–v–

Elon Musk,

               Defendant.

18-cv-8865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In the consent motion to amend the Final Judgment, the parties stated that "if the Court grants this motion and enters the proposed Order, this will resolve the Commission's pending motion." Dkt. No. 46 at 4. The Court has now granted the motion and entered the proposed Order amending the Final Judgment. Dkt. No. 47. Accordingly, the SEC's contempt motion, Dkt. No. 18, is denied as moot.

    SO ORDERED.

Dated: May \_\_1\_\_, 2019
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge