UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | Civil Action No. 1:18-cv-8865-AJN-GWG |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-8947 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Adriene Mixon hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action. I am an active member in good standing of the bar of the State of New York and an inactive member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured,

suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 3, 2019

Respectfully submitted,

*/s/ Adriene Mixon*
Adriene Mixon
Assistant Chief Litigation Counsel
Office of Distributions
Division of Enforcement
U.S. Securities and Exchange Commission
444 Flower South Street, Suite 900
Los Angeles, California 90071
Tel: (202) 551-4463
Email: MixonA@sec.gov

## CERTIFICATE OF SERVICE

    I, Adriene Mixon, Counsel for The United States Securities and Exchange Commission, certify, certify that on October 3, 3019, a true and correct copy of Plaintiff's Motion for Adriene Mixon to Appear Pro Hac Vice was served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                /s/ Adriene Mixon
                                                Adriene Mixon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | Civil Action No. 1:18-cv-8865-AJN-GWG |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-8947 |

## AFFIDAVIT OF ADRIENE MIXON

I, Adriene Mixon, declare as follows:

1. I am an active member in good standing of the bar of the State of New York and an inactive member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  October 3, 2019                                          /s/ Adriene Mixon
                                                                 Adriene Mixon

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617         TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ADRIENE MIXON, #199064 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1998; that from the date of admission to May 2, 2003, she was an ACTIVE member of the State Bar of California; that on May 2, 2003, she transferred at her request to the INACTIVE status as of January 1, 2003; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*signature*

Denise Velasco
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Adriene Mixon

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of September, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **29th day of October, 2018**.

*Robert D. Mayberger*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 1:18-cv-8865-AJN-GWG <br> : <br> : <br> : <br> : |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 1:18-cv-8947 <br> : <br> : <br> : <br> : |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of Adriene Mixon, for admission to appear *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the State of New York and State of California and that her contact information is as follows:

> Adriene Mixon
> U.S. Securities and Exchange Commission
> Office of Distributions
> Division of Enforcement
> 444 South Flower Street, Suite 900
> Los Angeles, California 90071
> Tel: (202) 551-4463
> Email: MixonA@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____  _____
Date                                                         United States District/Magistrate Judge