**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ADRIENE MIXON, #199064 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1998; that from the date of admission to May 2, 2003, she was an ACTIVE member of the State Bar of California; that on May 2, 2003, she transferred at her request to the INACTIVE status as of January 1, 2003; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*