UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | Civil Action No. 1:18-cv-8865-AJN-GWG |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>**Plaintiff,**<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-8947 |

## ORDER TO APPEAR *PRO HAC VICE*

The motion of Adriene Mixon, for admission to appear *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the State of New York and State of California and that her contact information is as follows:

>  Adriene Mixon
>  U.S. Securities and Exchange Commission
>  Office of Distributions
>  Division of Enforcement
>  444 South Flower Street, Suite 900
>  Los Angeles, California 90071
>  Tel: (202) 551-4463
>  Email: MixonA@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
Date

_____
United States District/Magistrate Judge