UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-8865-AJN-GWG |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-8947 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Adriene Mixon hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action. I am an active member in good standing of the bar of the State of New York and an inactive member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured,

suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 16, 2019                          Respectfully submitted,

/s/ *Adriene Mixon*
Adriene Mixon
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
444 Flower South Street, Suite 900
Los Angeles, California 90071
Tel: (202) 551-4463
Email: MixonA@sec.gov

## CERTIFICATE OF SERVICE

I, Adriene Mixon, counsel for the United States Securities and Exchange Commission hereby certify that on December 16, 2019, a true and correct copy of the Motion to Appear Pro Hac Vice was served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Adriene Mixon
Assistant Chief Litigation Counsel
United States Securities and Exchange Commission
Office of Distributions
444 South Flower Street, Suite 900
Los Angeles, California 90071
Tel: (202) 551-4463
Fax: (202) 572-1372
Email: Mixona@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>Defendant. | Civil Action No. 1:18-cv-8865-AJN-GWG |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No. 1:18-cv-8947 |

## AFFIDAVIT OF ADRIENE MIXON

I, Adriene Mixon, declare as follows:

1. I am an active member in good standing of the bar of the State of New York and an inactive member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 16, 2019

/s/ Adriene Mixon
Adriene Mixon



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Adriene Mixon

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of September, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **25th day of October, 2019**.

Robert D Mayberger

Clerk



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *ADRIENE MIXON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ADRIENE MIXON, #199064, was on the 11th day of December 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of October 2019.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____
*C. Wong, Senior Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:18-cv-8865-AJN-GWG<br>:<br>:<br>:<br>:<br>: |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:18-cv-8947<br>:<br>:<br>:<br>: |

### ORDER TO APPEAR *PRO HAC VICE*

The motion of Adriene Mixon, for admission to appear *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the State of New York and State of California and that her contact information is as follows:

>Adriene Mixon, Esq.
>U.S. Securities and Exchange Commission
>444 South Flower Street, Suite 900
>Los Angeles, California 90071
>Tel: (202) 551-4463
>Email: MixonA@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____    _____
Date                                                          United States District/Magistrate Judge