

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ADRIENE MIXON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ADRIENE MIXON, #199064, was on the 11th day of December 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of October 2019.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____
C. Wong, *Senior Deputy Clerk*