AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-08865-AJN |
| Elon Musk | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elon Musk.

Date:   02/17/2022

*Attorney's signature*

Alexander  Spiro  4656542
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Address*

alexspiro@quinnemanuel.com
*E-mail address*

(212) 849-7364
*Telephone number*

(212) 849-7100
*FAX number*