UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                  Plaintiff,

    v.

ELON MUSK

                  Defendant.

No 1:18-cv-8865-AJN-GWG

## AFFIDAVIT OF MELISSA J. ARMSTRONG

I, Melissa J. Armstrong, declare as follows:

1. I am in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 24, 2022

                                                  Melissa J. Armstrong

## MARYLAND NOTARY ACKNOWLEDGEMENT

State of Maryland

County of Montgomery

The foregoing instrument was sworn to and ascribed before me this 24th day of February, 2022, by Melissa J. Armstrong.

_David Nicklas_   2-24-22

Signature of Notary Public

Printed Name of Notary Public: David Nicklas

Notary Registration Number: N/A

My Commission Expires: 7/23/25

David C. Nicklas
Notary Public
Montgomery County, MD
My Commission Expires: July 23, 2025

(Seal)