**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

　　　　**Plaintiff,**

　　v.

**ELON MUSK,**

　　　　**Defendant.**

**Civil Action No. 1:18-cv-08865-AJN**

---

## DEFENDANT ELON MUSK'S NOTICE OF MOTION TO QUASH & TO TERMINATE CONSENT DECREE

Please take notice, that upon the Memorandum of Law in Support of his Motion to Quash and Motion to Terminate Consent Decree, dated March 8, 2022 and all exhibits attached thereto; the Declaration of Elon Musk, dated March 8, 2022, and upon all the papers and proceedings had herein, Defendant Elon Musk will move this Court, before the Honorable Alison J. Nathan, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, for an Order quashing certain portions of an administrative subpoena issued *ultra vires* by Plaintiff, the Securities and Exchange Commission ("Commission" or "SEC"), and for an order terminating the consent decree.

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> **Plaintiff,** <br> v. <br><br> ELON MUSK, <br><br> **Defendant.** | Civil Action No. 1:18-cv-08865-AJN |

## DEFENDANT ELON MUSK'S MOTION TO QUASH & TO TERMINATE CONSENT DECREE

Defendant Elon Musk respectfully moves this Court for an Order quashing certain portions of an administrative subpoena issued *ultra vires* by Plaintiff, the Securities and Exchange Commission ("Commission" or "SEC"), and for an order terminating the consent decree. Those portions of the subpoena should be quashed because the SEC lacks legal authority to issue those demands under either the purview of the securities laws or the judgments in this case and because the subpoena was issued in bad faith. The consent decree should be terminated because it is inequitable to permit the SEC's roving and unbounded investigations into Mr. Musk while imposing *ex ante* prior restraints on, and *ex post* unending investigations of, Mr. Musk's exercise of his First Amendment rights. Further, the circumstances under which the decree was entered strongly favor termination of the decree.

The grounds for these motions are set forth more fully in the Memorandum of Law. Mr. Musk respectfully requests oral argument on these motions.

Dated: New York, New York
     March 8, 2022

Respectfully submitted,

/s/ Alex Spiro
Alex Spiro
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com

*Attorney for Elon Musk*

<h1 style="text-align: center;"><strong><u>CERTIFICATE OF SERVICE</u></strong></h1>

I hereby certify that I caused the foregoing Notice and Motions to be filed with the Court's CM/ECF system this 8th day of March, 2022, thereby causing it to be served on all counsel of record.


Dated: New York, New York                  Respectfully submitted,
        March 8, 2022

                                     /s/ Alex Spiro
                                     Alex Spiro
                                     QUINN EMANUEL
                                       URQUHART & SULLIVAN, LLP
                                     51 Madison Avenue, 22nd Floor
                                     New York, NY 10010
                                     Telephone: (212) 849-7000
                                     Facsimile: (212) 849-7100
                                     alexspiro@quinnemanuel.com

                                     *Attorney for Elon Musk*