# Exhibit C

| Privilege Log | | | | |
|---|---|---|---|---|
| Date | Type of Communication | Parties | Privilege Basis | Privilege Description |
| November 1, 2021, at approximately 7:01 a.m. | Phone conversation | Elon Musk, CEO, and David Searle, Tesla Deputy General Counsel and Acting Head of Legal | ACC | Conversation regarding Mr. Musk's public preannouncement of his intent to sell Tesla stock. |
| November 1, 2021, at approximately 8:31 a.m. | Phone conversation | David Searle and Zach Kirkhorn, CFO | ACC | Conversation regarding Mr. Musk's public preannouncement of his intent to sell Tesla stock. |
| November 1, 2021, at approximately 9:05 a.m. | Phone conversation | David Searle and Cassie Zhang, Managing Counsel, Securities | ACC | Conversation regarding Mr. Musk's public preannouncement of his intent to sell Tesla stock. |