UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>         Plaintiff,<br>    v.<br><br>**ELON MUSK,**<br><br>         Defendant. | **Civil Action No. 1:18-cv-08865-AJN** |

### ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO QUASH & TO TERMINATE CONSENT DECREE

The Court, having heard and considered the written and oral submissions of the parties, including all of the records, files, and proceedings herein, finds,

1. The subpoena issued by the Securities and Exchange Commission ("Commission"), dated November 29, 2021, and served on Elon Musk, exceeds the investigatory power of the Commission and was issued in bad faith.

2. Equitable considerations require termination of the consent decree in this matter.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Quash is **GRANTED** and the Motion to Terminate Consent Decree is **GRANTED**.

Dated: _____                          _____
                                                 UNITED STATES DISTRICT JUDGE