```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange
Commission,

      Plaintiff,

    –v–

Elon Musk,

      Defendant.

18-cv-8865 (AJN)

ALISON J. NATHAN, District Judge:

  The Commission is hereby ORDERED to file a response to Defendant's motions by March 22, 2022.  Dkt. Nos. 68, 70.  Defendant shall file a reply, if any, by March 29, 2022.

  SO ORDERED.

Dated: March 8, 2022
   New York, New York

            ALISON J. NATHAN
            United States District Judge