UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 1:18-cv-8865-AJN-GWG <br> : |
| **ELON MUSK,** | : <br> : |
| Defendant. | : <br> : |

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 1:18-cv-8947 <br> : |
| **TESLA, INC.,** | : <br> : |
| Defendant. | : <br> : |

## ORDER APPROVING DISTRIBUTION PLAN

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission for an Order approving a Distribution Plan, the Memorandum of Law in Support and the proposed Distribution Plan, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**; and

1

2.      The Distribution Plan is approved in its entirety. The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order entered February 26, 2020.

**IT IS SO ORDERED**.

Dated:  March __, 2022

_____
Honorable Alison J. Nathan
United States District Judge