```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>      Plaintiff,<br><br> –v–<br><br>Elon Musk,<br><br>      Defendant. | 18-cv-8865 (AJN) |
| United States Securities and Exchange Commission,<br><br>      Plaintiff,<br><br> –v–<br><br>Tesla, Inc.,<br><br>      Defendant. | 18-cv-8947 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  The Court is in receipt of the Commission's motion to approve the distribution plan. Dkt. No. 76. The Defendants shall file a response, if any, by March 22, 2022.

  SO ORDERED.

Dated: March 17, 2022
   New York, New York

                     _____
                     ALISON J. NATHAN
                   United States District Judge