UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br>                              v.<br><br>ELON MUSK<br><br>Defendant. | No. 1:18-cv-8865-LJL |

**DECLARATION IN SUPPORT OF PLAINTIFF'S<br>MOTION OF WITHDRAWAL OF COUNSEL**

1. Pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, plaintiff Securities and Exchange Commission ("SEC") respectfully requests leave of Court to withdraw the appearances of Cheryl L. Crumpton, Edward Barrett Atwood, and Jina Lee Choi as counsel for the SEC in the above-captioned action.

2. The Commission is currently represented by Melissa J. Armstrong, Steven D. Buchholz, and Adriene Mixon, who will remain as counsel for the Commission.

3. Cheryl L. Crumpton, Edward Barrett Atwood, and Jina Lee Choi are no longer employed by the SEC.

4. Because the Commission will continue to be represented by attorneys at the SEC, the withdrawal of Ms. Crumpton, Mr. Atwood, and Ms. Choi as counsel for the SEC will not affect this action in any way, nor will it prejudice Defendant.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  June 24, 2022								Respectfully submitted,

										_____/s/ Melissa J. Armstrong_____
										MELISSA J. ARMSTRONG
										U.S. Securities and Exchange Commission
										100 F Street, N.E.
										Washington, D.C.  20549
										Tel:  (202) 551-4724
										Email:  armstrongme@sec.gov