

July 15, 2022

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

    Re:    United States Securities and Exchange Commission v. Elon Musk
            No. 18-cv-8865 (LJL)
            United States Securities and Exchange Commission v. Tesla, Inc.
            No. 18-cv-8947 (LJL)

Dear Judge Liman:

      Rust Consulting, Inc. (the "Distribution Agent") respectfully submits this status report.

      The Plan of Distribution (the "Plan") was approved by this Court on March 25, 2022. In consultation with the Commission, the Distribution Agent commenced the mailing of the Postcard Plan Notices (totaling 4,036) on May 20, 2022.

      In response to this mailing, the Distribution Agent received 20,037 names and addresses from brokerage firms, banks, institutions and other nominee holders requesting Postcard Plan Notices to be mailed to such persons. The Distribution Agent also received requests from brokers and other nominee holders for 111 Postcard Plan Notices, which pursuant to the Plan, the brokers and nominees are required to send to their customers. The requested mailings were completed by the Distribution Agent along with a request from a Preliminary Claimant to receive a Claims Packet.

      To be considered for a Distribution Payment, a Preliminary Claimant must submit a Claim Form with the Distribution Agent postmarked on or before the Claims Bar Date of September 17, 2022. Claim Forms can also be submitted online by visiting www.SECvTeslaFairFund.com. Claim Forms must be properly filled out and accompanied by supporting documentation of purchases and dispositions of the Securities during the Relevant Period as well as holdings of the Securities on pertinent dates.

      Pursuant to Paragraph 99 of the Plan, the Distribution Agent will provide additional progress reports within twenty (20) days after the end of every quarter. Once the Fair Fund has

been transferred to an escrow account opened by Rust Consulting, an accounting report shall be included.

                                                              Respectfully submitted,

                                                              Jason Rabe
                                                              Program Manager
                                                              Rust Consulting, Inc.

