Case 1:18-cv-08865-LJL  Document 93  Filed 04/12/22  Page 1 of 3

 Your guide to a better future

Tech    Money    Home    Wellness    More ⌄

Culture

# Tesla leaps up Fortune 500 and Apple slips, but Walmart beats them all

The big-box retailer is still bigger than Apple according to the Fortune 500.

Mike Sorrentino
May 21, 2018 8:19 a.m. PT



Tesla and Apple are highlights on the 2018 Fortune
Tim Stevens/Roadshow

While tech companies are all over the 2018 Fortune 500 list revealed Monday, a big-box retailer is still making the most money in 2018.

Walmart tops the Fortune 500 list for the sixth year in a row, with $500 billion in reported revenue, more than double second-place Exxon Mobile's $244 billion. Apple is the highest tech company on the list at $229 billion, dropping one spot down from 2017 to fourth place behind Berkshire Hathaway's $242 billion.

Cited in US SEC v. Musk, 18cv8865 Decided 4/27/22
Watermarked on 5/3/22
Further reproduction is prohibited without permission.

Tesla has made the biggest leap up the 2018 Fortune 500 list, jumping 123 spots to 260 with $11.75 billion. Netflix sits right behind Tesla at 261 and $11.69 billion.

Incredibly cool Tesla Easter eggs




+18 more

See all photos →

Even though Amazon, placing eighth on the list at $177 billion, has been jumping into retail with its purchase of Whole Foods Market, Amazon Books and Amazon Go stores, Fortune says this is the first time the company is placing in the the top 10. Amazon is followed by AT&T at $160 billion.

Other tech companies in the top 40 include Verizon at 16th place and $126 billion, Alphabet at 22nd and $110 billion, Microsoft at 30th and $89 billion, IBM at 34th place and $79 billion and Dell at 35th place and $78 billion.

You can see the full list by clicking here.

  Watch this: The iPhone's 9 most underrated features  ▶ 2:42

Cited in US SEC v. Musk,
18cv8865 Docketed 4/27/22
Archived on 5/3/22
Further reproduction is prohibited without permission.

Advertisement - continue for more stories

More From CNET            About                  Policies

Reviews                   About CNET             Help Center

Best Products             Newsletter             Terms of Use

Deals                     Sitemap                Privacy Policy

Gift Guide                Careers                Licensing

5/3/22, 10:25 AM
Tesla leaps up Fortune 500 and Apple slips, but Walmart beats them all - CNET
Case 1:18-cv-08865-LJL Document 93 Filed 04/12/22 Page 3 of 3

Cookie Settings

Do Not Sell My Information

© 2022 CNET, a Red Ventures company. All rights reserved.



US  |  France  |  Germany  |  Japan  |  Korea

Cited in US SEC v. Musk
18cv8865 Decided 4/27/22
Archived on 5/3/22
Further reproduction is prohibited without permission.