UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 1:18-cv-8865-LJL <br> : |
| **ELON MUSK,** | : <br> : |
| Defendant. | : <br> : |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 1:18-cv-8947 <br> : |
| **TESLA, INC.,** | : <br> : |
| Defendant. | : <br> : |

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") for an Order to Transfer Funds for Distribution, the accompanying Memorandum of Law in Support thereof, the Declaration of Jason Rabe, Project Manager at Rust Consulting, Inc., the Distribution Agent in this matter, and the Distribution Agent having provided the SEC with a Payee List and Reasonable Assurances letter in accordance with the Court-approved Plan of Distribution (the "Plan"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

1

2

2. In accordance with directions to be provided to the SEC staff by the Distribution Agent, the SEC shall transfer $41,532,229.44 to the escrow account established by the Distribution Agent at Huntington National Bank; and

3. The Distribution Agent shall distribute those funds to Eligible Claimants in accordance with the Plan.

**IT IS SO ORDERED**.

Dated: September 1, 2023

_____
Honorable Lewis J. Liman
United States District Judge