**Rust Consulting, Inc.**
**SEC v Tesla Motors Inc Fair Fund**
**Fund Balance and Distribution Reconciliation Report**
For the Period Ending September 30, 2023

| Fund Balance Reconciliation | Monthly Activity Items | Monthly Activity Amount | Year-To-Date Items | Year-To-Date Amount | Inception-To-Date Items | Inception-To-Date Amount |
|---|---|---|---|---|---|---|
| Beginning Bank Balance | | $ - | | $ - | | $ - |
| Less Previous Month's Outstanding Items | | - | | - | | - |
| Beginning Book Balance | | $ - | | $ - | | $ - |
| | | | | | | |
| Deposits (Funding from Client) | | $ 41,532,229.44 | | $ 41,532,229.44 | | $ 41,532,229.44 |
| Interest | | 29,664.25 | | 29,664.25 | | 29,664.25 |
| Bank Charges | | - | | - | | - |
| Transfers Between Escrow and Dist Accounts | | - | | - | | - |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| Total | | $ 41,561,893.69 | | $ 41,561,893.69 | | $ 41,561,893.69 |
| | | | | | | |
| Federal Payroll Taxes | | - | | - | | - |
| State Payroll Taxes | | - | | - | | - |
| Quarterly 1120 Income Tax Payments | | - | | - | | - |
| Federal Backup Withholding | | - | | - | | - |
| State Backup Withholding | | - | | - | | - |
| Settlement Admin. Expenses (Rust Fees) | | - | | - | | - |
| Attorney Fees | | - | | - | | - |
| Attorney Costs | | - | | - | | - |
| Charity Payment | | - | | - | | - |
| Escheatment | | - | | - | | - |
| Reversions to Defendant | | - | | - | | - |
| Class Rep Payment | - | - | - | - | - | - |
| Claimant Payment | - | (28,714,551.65) | - | (28,714,551.65) | - | (28,714,551.65) |
| Issued Payments | 2,147 | (12,766,922.32) | 2,147 | (12,766,922.32) | 2,147 | (12,766,922.32) |
| Voided Payments | - | - | - | - | - | - |
| Reissued Payments | - | - | - | - | - | - |
| Book Balance | | $ 80,419.72 | | $ 80,419.72 | | $ 80,419.72 |
| | | | | | | |
| Book Balance | | $ 80,419.72 | | $ 80,419.72 | | $ 80,419.72 |
| Total Outstanding Payments | 2,147 | 12,766,922.32 | 2,147 | 12,766,922.32 | 2,147 | 12,766,922.32 |
| Clearing Adjustments | - | - | - | - | - | - |
| Total | | $ 12,847,342.04 | | $ 12,847,342.04 | | $ 12,847,342.04 |
| | | | | | | |
| Bank Balance per Statement | | $ 12,847,342.04 | | $ 12,847,342.04 | | $ 12,847,342.04 |
| | | | | | | |
| Difference | | - | | - | | - |

| Distribution Reconciliation | Items | Amount | Items | Amount | Items | Amount |
|---|---|---|---|---|---|---|
| Previous Month's Outstandings | - | $ - | | | | |
| | | | | | | |
| Issued Payments | 2,147 | $ 12,766,922.32 | 2,147 | $ 12,766,922.32 | 2,147 | $ 12,766,922.32 |
| | | | | | | |
| Status: | | | | | | |
| Voided Payments | - | - | - | - | - | - |
| Reissued Payments | - | - | - | - | - | - |
| Current - Outstanding Payments | 2,147 | 12,766,922.32 | 2,147 | 12,766,922.32 | 2,147 | 12,766,922.32 |
| | | | | | | |
| Cleared Payments | - | $ - | - | $ - | - | $ - |
| | | | | | | |
| US Bank Cleared Checks | - | $ - | | | - | $ - |
| Cleared Payments per Database | - | $ - | | | - | $ - |
| | - | - | | | - | - |