Case 1:18-cv-08865-LJL    Document 105    Filed 07/18/24    Page 1 of 2



July 18, 2024

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

      Re:    United States Securities and Exchange Commission v. Elon Musk
             No. 18-cv-8865 (LJL)
             United States Securities and Exchange Commission v. Tesla, Inc.
             No. 18-cv-8947 (LJL)

Dear Judge Liman:

      Rust Consulting, Inc. (the "Distribution Agent") respectfully submits this status report.

      The Plan of Distribution (the "Plan") was approved by this Court on March 25, 2022.

      The Fair Fund was distributed to Payees (3,350 payments totaling $41,532,229.44) on September 29, 2023. Payees received approximately 51.7% of their calculated Recognized Loss amount.

      In an attempt to get additional checks cashed or reissued, an outreach campaign was conducted by the Distribution Agent and is now completed. Approximately 3,063 checks totaling $41,490,835.86 (or 99% of the distributed funds) have been cashed to date.

      The stale date for all remaining uncashed checks has passed. Pursuant to Paragraph 93 of the Plan, the Distribution Agent shall work with the Commission staff to determine whether a subsequent distribution of the remaining funds is feasible. If the funds remaining are infeasible to distribute to investors, they will be returned to the Commission, pending a final accounting report.

      Attached hereto is an interim accounting of all monies in the Fair Fund, including the value of the account(s), all monies earned or received into the account(s), funds distributed to Payees, and any monies expended from the Fair Fund to satisfy any fees, costs, taxes, and other expenses incurred.

      Pursuant to Paragraph 99 of the Plan, the Distribution Agent will provide additional progress reports within twenty (20) days after the end of every quarter.

Respectfully submitted,

Jason Rabe
Program Manager
Rust Consulting, Inc.

