**Rust Consulting, Inc.**
**SEC v Tesla Motors Inc Fair Fund**
**Fund Balance and Distribution Reconciliation Report**
**For the Period Ending June 30, 2024**

| Fund Balance Reconciliation | Monthly Activity Items | Monthly Activity Amount | Year-To-Date Items | Year-To-Date Amount | Inception-To-Date Items | Inception-To-Date Amount |
|---|---|---|---|---|---|---|
| Beginning Bank Balance | | $ 235,801.17 | | $ 362,619.35 | | $ - |
| Less Previous Month's Outstanding Items | | (39,930.34) | | (177,351.57) | | - |
| Beginning Book Balance | | $ 195,870.83 | | $ 185,267.78 | | $ - |
| | | | | | | |
| Deposits (Funding from Client) | | $ - | | $ - | | $ 41,767,827.63 |
| Interest | | 997.22 | | 6,120.83 | | 83,509.23 |
| Bank Charges | | - | | - | | - |
| Transfers Between Escrow and Dist Accounts | | - | | 1,918.92 | | 1,918.92 |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| (Transactions not listed, Insert Description) | | - | | - | | - |
| Total | | $ 997.22 | | $ 8,039.75 | | $ 41,853,255.78 |
| | | | | | | |
| Federal Payroll Taxes | | - | | - | | - |
| State Payroll Taxes | | - | | - | | - |
| Quarterly 1120 Income Tax Payments | | - | | - | | - |
| Federal Backup Withholding | | - | | - | | - |
| State Backup Withholding | | - | | - | | - |
| Settlement Admin. Expenses (Rust Fees) | | - | | - | | - |
| Attorney Fees | | - | | - | | - |
| Attorney Costs | | - | | - | | - |
| Charity Payment | | - | | - | | - |
| Escheatment | | - | | - | | - |
| Reversions to Defendant | | - | | - | | - |
| Class Rep Payment | - | - | - | - | - | - |
| Claimant Payment | 1 | (24.59) | 1 | (24.59) | 1 | (28,776,722.12) |
| Issued Payments | - | - | - | - | 2,147 | (12,766,922.32) |
| Voided Payments | 1 | 24.59 | 52 | 26,619.60 | 118 | 52,781.14 |
| Reissued Payments | - | - | 41 | (23,034.49) | 88 | (165,524.43) |
| Book Balance | | $ 196,868.05 | | $ 196,868.05 | | $ 196,868.05 |
| | | | | | | |
| Book Balance | | $ 196,868.05 | | $ 196,868.05 | | $ 196,868.05 |
| Total Outstanding Payments | 242 | 39,801.23 | 242 | 39,801.23 | 242 | 39,801.23 |
| Clearing Adjustments | | - | | - | | - |
| Total | | $ 236,669.28 | | $ 236,669.28 | | $ 236,669.28 |
| | | | | | | |
| Bank Balance per Statement | | $ 236,669.28 | | $ 236,669.28 | | $ 236,669.28 |
| | | | | | | |
| Difference | | - | | - | | 0.00 |

| Distribution Reconciliation | Items | Amount | Items | Amount | Items | Amount |
|---|---|---|---|---|---|---|
| Previous Month's Outstandings | 245 | $ 39,930.34 | | | | |
| | | | | | | |
| Issued Payments | - | $ - | - | $ - | 2,147 | $ 12,766,922.32 |
| | | | | | | |
| Status: | | | | | | |
| Voided Payments | 1 | 24.59 | 52 | 26,619.60 | 118 | 52,781.14 |
| Reissued Payments | - | - | 41 | (23,034.49) | 88 | (165,524.43) |
| Current - Outstanding Payments | 242 | 39,801.23 | 242 | 39,801.23 | 242 | 39,801.23 |
| | | | | | | |
| Cleared Payments | 2 | $ 104.52 | 55 | $ 133,965.23 | 1,875 | $ 12,839,864.38 |
| | | | | | | |
| US Bank Cleared Checks | - | $ - | | | - | $ - |
| Cleared Payments per Database | 2 | $ 104.52 | | | 1,858 | $ 12,894,425.57 |
| | | | | | | |
| | - | 0 | | | (17) | 54,561 |